IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED

MAY - 7 2019

CLERK U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

DEASIA L. JONES

Case No. 2:19mj256
Court Date: May 22, 2019

## CRIMINAL INFORMATION

(Misdemeanor)-Violation No. 7341560

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 12, 2019, at Naval Support Activity Hampton Roads, Norfolk, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, DEASIA L. JONES, did drive a motor vehicle upon a highway without a valid driver's license, **second offense**, the defendant having been previously convicted of driving without a valid driver's license in the Juvenile and Domestic Relations Court for the City of Norfolk, Virginia on February 14, 2017, for an offense committed on December 16, 2016.

(In violation of Title 18, United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-300.)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: /s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ James T. Cole
James T. Cole
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
James.Cole@usdoj.gov

7 May 2019
Date